JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE MADRIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>OXNARD VAGABOND INN, LLC, et al.,<br><br>    Defendants. | Case No. EDCV 18-1914 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Defendant's motion for summary judgment and DENIES Plaintiff's motion for summary judgment. Plaintiff's ADA claims are DISMISSED WITH PREJUDICE and Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close the case.

Judgement is entered in favor of Defendant Oxnard Vagabond Inn, LLC.

Dated: January 22, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge